UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |
| / | |
| THIS DOCUMENT RELATES TO:<br><br>**GARY WILL** | JURY TRIAL DEMANDED |

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

I.   PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1. Plaintiff(s) **GARY WILL** ("Plaintiff(s)") brings this action (check the applicable designation):

   ☑ On behalf of [*himself/herself*];

   ☐ In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name).

2. Injured Party is currently a resident and citizen of Lynnville, TN and claims damages as set forth below.

**B. DEFENDANT(S)**

3. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

    a. **Boehringer Ingelheim**

        **GlaxoSmithKline**

        **Pfizer**

        **Sanofi**

    b.

| | |
|---|---|
| **Acid Pharmaceuticals** | ANDA Repository |
| **Ajanta** | Ani Pharmaceuticals |
| **Amerisource Bergen** | Apotex |
| **Amneal** | Appco |
| **Aurobindo** | Dr. Reddy's |
| **Contract Pharmacal** | Geri-Care |
| **Glenmark** | Hi-Tech |
| **Granules** | JB Chemicals |
| **Heritage** | Lannett |
| **Hikma** | Mylan |
| **Nostrum** | Perrigo |

| Novitium | Sandoz |
|---|---|
| PAI | Strides |
| Par Pharmaceutical | Taro |
| Teva | Wockhardt |
| Torrent | Zydus-Cadila |
| TVT | |

c. Amerisource Bergen

   Cardinal Health

   McKesson

| d. BJ's | Dollar Tree |
|---|---|
| Costco | Express Scripts |
| CVS | Giant Eagle |
| Dollar General | Humana |
| Kroger | Kmart |
| Riteaid | United Health |
| Walgreens | Walmart |

| e. Denton Pharma | GSMS |
|---|---|
| Precision Dose | |

## C. JURISDICTION AND VENUE

7. United States District Court—Southern District of New York

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]



☑ By prescription

☑ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately 01/2009 to 01/2019.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| | BLADDER CANCER | |
| | BRAIN CANCER | |
| | BREAST CANCER | |
| | COLORECTAL CANCER | |
| | ESOPHAGEAL/THROAT/NASAL CANCER | |
| | INTESTINAL CANCER | |
| X | KIDNEY CANCER | 2019 |
| | LIVER CANCER | |
| | LUNG CANCER | |
| | OVARIAN CANCER | |
| | PANCREATIC CANCER | |
| | PROSTATE CANCER | |
| | STOMACH CANCER | |

| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| X | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| X | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| X | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| X | IV | NEGLIGENCE – FAILURE TO WARN |
| X | V | NEGLIGENT PRODUCT DESIGN |
| x | VI | NEGLIGENT MANUFACTURING |
| x | VII | GENERAL NEGLIGENCE |
| x | VIII | NEGLIGENT MISREPRESENTATION |
| x | IX | BREACH OF EXPRESS WARRANTIES |
| x | X | BREACH OF IMPLIED WARRANTIES |
| x | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: |

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| x | XII | UNJUST ENRICHMENT |
|  | XIII | LOSS OF CONSORTIUM |
|  | XIV | SURVIVAL ACTION |
|  | XV | WRONGFUL DEATH |
|  | XVI | OTHER: |
|  | XVII | OTHER: |

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

KELLEY & FERRARO, LLP

By: _/s/ Brian R. Herberth_
JAMES L. FERRARO (0076089)
JOHN MARTIN MURPHY (0066221)
BRIAN R. HERBERTH (0081985)
JOYCE C. REICHARD (0096422)
Ernst & Young Tower
950 Main Avenue
Suite 1300
Cleveland, OH 44113
(216) 575-0777
bherberth@kelley-ferraro.com
jmurphy@kelley-ferraro.com
jreichard@kelley-ferraro.com

Counsel for Plaintiff